SEALED

McGREGOR W. SCOTT
United States Attorney
LAURA WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

FEB 15 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO DE LA TORRE-RODRIGUEZ, <br><br> Defendant. | CASE NO. 1:18 CR - 0 0 4 1 DAD BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on February 15, 2018, charging the above defendant with a violation of 8 U.S.C. §§ 1326(a) and (b)(2)-Deported Alien Found in the United States, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant

///
///
///
///

Motion to Seal Indictment

1

1 | thereto, except when necessary for the issuance and execution of the warrant.

2 | DATED: February 15, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By   /s/ Laura Withers
LAURA WITHERS
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 15, 2018

BARBARA A. McAULIFFE
U.S. Magistrate Judge