McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00041-DAD-BAM |
|---|---|
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| ALEJANDRO DE LA TORRE-RODRIGUEZ, | |
| Defendant. | |

The Indictment was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 3/29/18

HON. BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE