McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00041-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER SETTING FORTH BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION TO DISMISS |
| ALEJANDRO DE LA TORRE-RODRIGUEZ, | |
| Defendant. | (Doc.16) |

**BACKGROUND**

On May 16, 2018, defendant filed a Motion to Dismiss the Indictment in his case. Dkt. No. 16. Local Rules 430.1(d) and (e) set forth a standard period of seven days for any party to file a response in opposition to such a motion, and three days for the moving party to file a reply. However, the parties in this case require additional time to brief and file such pleadings.

THEREFORE, defendant ALEJANDRO DE LA TORRE-RODRIGUEZ, by and through his counsel Andrew Wong, and plaintiff the United States of America, by and through its counsel, Assistant United States Attorney Laura D. Withers, hereby stipulate and agree to the following briefing schedule and request that the Court enter an order reflecting that schedule:

1. Any opposition by the United States must be filed on or before June 6, 2018.

2. Any reply by the defendant must be filed on or before June 20, 2018.

3. Any hearing shall be set for June 25, 2018, or as soon thereafter as practicable.

DATED: May 21, 2018

By: /s/ Andrew Wong
ANDREW WONG
Attorney for Defendant
ALEJANDRO DE LA TORRE-RODRIGUEZ

DATED: May 21, 2018

McGregor W. Scott
United States Attorney

By: /s/ Laura D. Withers
LAURA D. WITHERS
Assistant U.S. Attorney

## **ORDER**

The court has reviewed and considered the stipulation of the parties to set forth a briefing schedule in this case. Good cause appearing, the hearing on defendant's motion to dismiss (Doc. 16) previously scheduled for June 18, 2018, is continued to June 25, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. Any opposition by the United States must be filed on or before June 6, 2018. Any reply by the defendant must be filed on or before June 20, 2018.

IT IS SO ORDERED.

Dated: **May 22, 2018**

_____
UNITED STATES DISTRICT JUDGE