1  MCGREGOR W. SCOTT
   United States Attorney
2  LAURA D. WITHERS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00041-DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| ALEJANDRO DE LA TORRE-RODRIGUEZ, | (Doc. 19) |
| Defendant. | |

On the basis of good cause, to serve the interest of justice, pursuant to the government's motion and Fed. R. Crim. P. 48(a), the indictment in Case Number 1:18-CR-00041-DAD-BAM shall be DISMISSED without prejudice. The clerk of court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 29, 2018**

_____
UNITED STATES DISTRICT JUDGE

1